[No. 19908-8-III.   Division Three.   April 23, 2002.]

LOUIS RAY, *Respondent*, v. R&R ROOFING, INC., ET AL.,
*Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 27, 2002. Substitute opinion filed. See 112 Wn. App. 1027.

[No. 20039-6-III.   Division Three.   April 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-1-00019-2, Donald W. Schacht, J., entered March 13, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20396-4-III.   Division Three.   April 23, 2002.]

YAKIMA COUNTY LAW ENFORCEMENT OFFICER'S GUILD, *Appellant*, v. YAKIMA COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-2-03186-4, Heather K. Van Nuys, J., entered July 12, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 19794-8-III.   Division Three.   April 25, 2002.]

A.B. CONWAY MCDONALD, ET AL., *Appellants*, v. ALLAN C. DAVIS, ET AL., *Respondents*, ROBERT A. GILLES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02143-1, Linda G. Tompkins, J., entered December 15, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.